UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DIONE ANDERSON,

    Plaintiff,

v.                                        Case No. 8:18-cv-1285-T-33TGW

KARIN KEARNS and G&H COMPANY,

    Defendants.
_____/

**ORDER**

As explained in the Court's Order entered on June 21, 2018, Federal Rule of Civil Procedure 15(a)(1) allows a plaintiff to file an amended complaint once without the Court's permission. (Doc. # 19 at 2). "In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2).

By filing an Emergency Amended Complaint (Doc. # 9), pro se Plaintiff Dione Anderson exercised her right to file an amended complaint once without the Court's permission. Despite the Court's Order explaining that she must seek leave of the Court before filing additional amended complaints, Anderson proceeded to file a "Second Amended Complaint" (Doc. # 20), on June 25, 2018, without seeking leave of the Court. While Anderson refers to the complaint as a "Second Amended Complaint", it is in fact her third amended complaint in this action. Thus, the amended complaint, styled as

1

the "Second Amended Complaint," (Doc. # 20) is stricken as it violates Rule 15. The Emergency Amended Complaint (Doc. # 9) remains the operative complaint in this matter.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

Anderson's "Second Amended Complaint" (Doc. # 20) is **STRICKEN.** The Emergency Amended Complaint (Doc. # 9) remains the operative complaint in this matter.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 28th day of June, 2018.

/s/ Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE