UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DIONE ANDERSON,

    Plaintiff,

v.                               Case No. 8:18-cv-1285-T-33TGW

KARIN KEARNS and G&H COMPANY,

    Defendants.
_____/

**ORDER**

    This cause comes before the Court pursuant to pro se Plaintiff Dione Anderson's Motion for More Time (Doc. # 26), filed on July 5, 2018. The Motion appears to ask for six more days to file an amended complaint. As explained in the Court's Order entered on June 28, 2018, Federal Rule of Civil Procedure 15(a)(1) allows a plaintiff to file an amended complaint once without the Court's permission. (Doc. # 22 at 1). Anderson exercised her right to file one amended complaint – her "Emergency Amended Complaint" - without the Court's permission. (Doc. # 9). "In all other cases, a party may amend its pleadings only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2).

    The Court therefore construes Anderson's Motion as seeking leave to file another amended complaint. The Court grants Anderson's Motion and allows her until July 16, 2018 to file an amended complaint. If an amended complaint has not been filed by

1

July 16, 2018, the Court will proceed to rule on the pending motions and Anderson's Emergency Amended Complaint, (Doc. # 9), will remain the operative complaint in this matter.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

Anderson's Motion for More Time (Doc. # 26) is **GRANTED.** Anderson is permitted to file an amended complaint by July 16, 2018.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>6th</u> day of July, 2018.

                            VIRGINIA M. HERNANDEZ COVINGTON
                            UNITED STATES DISTRICT JUDGE